UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LESEAN FOUCHA,<br><br>Petitioner,<br><br>-against-<br><br>DANIEL F. MARTUSCELLO III; MARK MILLER,<br><br>Respondents. | 26-CV-5987 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner, who is currently incarcerated at Elmira Correctional Facility, brings this *pro se* petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 challenging the constitutionality of his 2016 conviction in the New York Supreme Court, Monroe County.[1] Because Petitioner was convicted and sentenced in Monroe County, which is located in the Westen District of New York, the Court transfers this action, under Local Civil Rule 83.3, to the United States District Court for the Western District of New York.

**CONCLUSION**

The Court directs the Clerk of Court to transfer this action to the United States District Court for the Western District of New York. Whether Petitioner may be permitted to proceed further without payment of fees is a determination to be made by the transferee court. The decision on Petitioner's motion for counsel is also reserved for the transferee court. This order closes this case in this court.

Because Petitioner has not at this time made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

[1] Petitioner filed two other Section 2254 petitions in this court. See *Foucha v. Martuscello*, No. 26-CV-5883 (S.D.N.Y. filed July 10, 2026); *Foucha v. Martuscello*, No. 26-CV-5161 (S.D.N.Y. filed June 18, 2026); All three petitions challenge the same conviction and appear identical.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 30, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge